IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOELIA SOLIVAN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 08-2722 |
| | : | |
| v. | : | |
| | : | |
| VALLEY HOUSING DEVELOPMENT CORP., | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 9th day of November, 2009, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 32) and Plaintiff's Response thereto (Doc. No. 39), and after a complete review of all pleadings, discovery and affidavits on file, it is hereby ORDERED that said Motion is GRANTED IN PART AND DENIED IN PART. The Motion is DENIED as to Counts II to IV and GRANTED as to Counts V and VI, which are DISMISSED. Count I has been dismissed by stipulation of the parties (Doc. No. 45).

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.